UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

P. J. Stevens,

         Plaintiff,

vs.                                       ORDER ADOPTING REPORT
                                              AND RECOMMENDATION

Isanti County District,

         Defendant.                         Civil No. 08-515 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

    1.     That the Plaintiff's Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> [Docket No. 2] is denied as moot.

    2.     That this action is summarily dismissed pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii).

Dated: April 24, 2008                                     s/James M. Rosenbaum
                                                                  James M. Rosenbaum, Chief Judge
                                                                   United States District Court